**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RICHARD RAMOS, individually and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **Case No. 1:20-cv-02991** |
| **v.** | ) ) | |
| **B O X ACQUISITIONS, LLC d/b/a B O X PARTNERS, LLC,** | ) ) ) | |
| **Defendant.** | ) ) | |

**NOTICE OF DISMISSAL**

Plaintiff Richard Ramos ("Plaintiff"), by and through his undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), hereby voluntarily dismisses, without prejudice, all claims against Defendant B O X Acquisitions, LLC d/b/a B O X Partners, LLC. By agreement of the Parties, each side is to bear their own costs.

Dated: September 4, 2020

Respectfully submitted,

/s/ *Richard Ramos*

Richard Ramos

By his attorneys,

/s/ *Megan E. Shannon*

Megan E. Shannon
Ryan F. Stephan
James B. Zouras
**STEPHAN ZOURAS, LLP.**
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
(312) 233-1550

(312) 233-1560 *f*
Firm ID: 43734
rstephan@stephanzouras.com
jzouras@stephanzouras.com
mshannon@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF AND THE
PUTATIVE CLASS**

**<u>CERTIFICATE OF SERVICE</u>**

I, the attorney, hereby certify that on September 4, 2020, I filed the attached with the Clerk

of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Megan E. Shannon*